

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00256-CV

| | | |
|---|---|---|
| LUMINEX CORPORATION, Appellant | § | On Appeal from the 153rd District Court |
| V. | | |
| | § | of Tarrant County (153-331622-22) |
| JOSEPH BENJAMIN HILLER A/K/A JOE HILLER, AS TRUSTEE OF THE DAVID ALAN MEEKER FAMILY IRREVOCABLE TRUST, AND DAVID ALAN MEEKER, Appellees | § | September 26, 2024 |
| | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's orders. It is ordered that the orders of the trial court are affirmed.

It is further ordered that Appellant Luminex Corporation shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Dabney Bassel
　　Justice Dabney Bassel